## CASE ANNOUNCEMENTS

*September 23, 2008*

[Cite as *09/23/2008 Case Announcements,* 2008-Ohio-4792.]

## MOTION AND PROCEDURAL RULINGS

**1988–0351. State v. Cooey.**

Summit App. No. 12943. By entry filed July 11, 2008, this court ordered that appellant's sentence be carried into execution on Tuesday, October 14, 2008. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

It is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

It is further ordered that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.

**2008–1759. State v. Owens.**

Cuyahoga App. No. 89948, 2008-Ohio-3555. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant/cross-appellee's motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2008–1537. State v. Tate.**

Mahoning App. No. 07MA130, 2008-Ohio-3245. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*September 24, 2008*

[Cite as *09/24/2008 Case Announcements,* 2008-Ohio-4834.]

## MERIT DECISIONS WITHOUT OPINIONS